■ MELODIES, INC., Respondent, v. CARMELO MIRABILE, Appellant.— Reargument of this case is ordered for the January, 1958, Term of this court. Reargument should be limited specifically to the measure of damages and the correctness of the measure of damages. Foster, P. J., Bergan, Halpern and Gibson, JJ., concur.